# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TONY MUTSCHLER,            :

           :

       Plaintiff,        :

           :

       v.                :     No.: 3:16-CV-327

           :

CORRECTIONAL OFFICER CORBY,   :    (Judge Brann)

           :

       Defendant.      :

## ORDER

**AND NOW**, this 6th day of September 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant Corby's motion to dismiss (Doc. 25) is

    **PARTIALLY GRANTED**.

2. Dismissal is **GRANTED** in favor of the John Doe Defendants.

3. The motion to dismiss the excessive force claim against

    Remaining Defendant Corby is **DENIED**.

4. Remaining Defendant Corby shall file a response to the

    Complaint within twenty-one (21) days of the date of this

    Order.

                         BY THE COURT:

                         *s/ Matthew W. Brann*
                         Matthew W. Brann
                         United States District Judge