# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY MUTSCHLER, | : | Civil No. 3:16-CV-327 |
| Plaintiff, | : | |
| v. | : | (Judge Jones) |
| C.O. CORBY, | : | (Magistrate Judge Carlson) |
| Defendant. | : | |

## MEMORANDUM AND ORDER

This lawsuit was referred to the undersigned on January 15, 2019. Examination of the docket reveals that there has been no substantive action in this case since November 2018, and there appear to be no current pretrial dates set in this case to expedite resolution of this litigation. Accordingly, IT IS ORDERED that the parties shall file status reports in this case on or before **February 22, 2019** which:

1. Provide the current status of these lawsuits; and

2. Provide a proposed schedule for the expedited resolution of this litigation.

The plaintiff, who is proceeding *pro se,* is placed on notice that a failure to comply with this direction may result in the dismissal of this case pursuant to Ruel 41 for failure to prosecute.

1

SO ORDERED, this 4th day of February 2019.

>*/s/ Martin C. Carlson*
>Martin C. Carlson
>United States Magistrate Judge