IN THE MIDDLE DISTRIT COURT

FOR THE

MIDDLE DISTRICT, SCRANTON, PENNSYLVANIA

**TONY LEE MUTSCHLER**
PRO SE PLAINTIFF

V.   CIVIL ACTION NUMBER.

**CO. CORBY**   3 : 16 - CV - 0327
DEFENDANT

FILED
SCRANTON
APR 0 3 2019
Per_____
DEPUTY CLERK

## NOTICE OF ADDRESS CHANGE

THIS IS A FORMAL NOTICE THAT THE PLAINTIFF IN THE ABOVE CASE NUMBER HAS CHANGE HIS ADDESS AS TO THE FOLLOWING LISTED HEREIN. *EFFECTIVE DATE 4-9-2019*

OLD ADDRESS

TONT LEE MUTSCHLER
FK-9033 E- A - UNIT
48 OVERLOOK DRIVE
LABELLE PA. 15450 - 0999

NEW ADRESS

~~TONY LEE MUTSCHLER~~
34622 HUDSON ROAD
LAUREL DEL. 19956

THEREFORE PLEASE CHANGE YOUR RECORDS TO REFLEX THE NEW ADDRESS THEREFORE THE MAIL CAN BE RECEIVED BY THE PLAINTIFF IN THE ABOVE CAPTION CASE THANK YOU FOR YOUR TIME IN THIS MATTER.

DATE: *MARCH, 27,* 2019   /S/ _____
TONY LEE MUTSCHLER
34622 HUDSON ROAD
LAUREL DEL. 19956

1

Smart Communications/PADOC

SCI- FAYETTE

Name MUTSCHLER, TONY   Number FK-9033

PO Box 33028

St Petersburg FL 33733

INMATE MAIL-PA
Department of Corrections



U.S. POSTAGE
ZIP 15450
02 4W
0000354482

Legal
Mail

RECEIVED
SCRANTON
APR 0 3 2019
DEPUTY CLERK

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

INMATE MAIL - DEPARTMENT OF CORRECTIONS