# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONY L. MUTSCHLER,** | : | **No. 3:16-CV-0327** |
| | : | |
| **Plaintiff** | : | |
| | : | **Judge  Matthew W. Brann** |
| **v.** | : | |
| | : | |
| **C.O. CORBY,** | : | |
| **Defendant** | : | |

## UNSWORN DECLARATION OF ROBERT REESE

I, Robert Reese, declare under penalty of perjury in accordance with 28 U.S.C. §1746 state that the following facts are true and correct based upon my knowledge or information related to my duties at the Pennsylvania Department of Corrections:

1.      I am a Corrections Officer for the Pennsylvania Department of Corrections ("DOC").

2.      I began my employment with the DOC in <u>January 2001</u>. Since <u>April 2018</u>, I have been assigned as the Security Captain at SCI-Frackville.

3.      As the Security Captain, I am familiar with Security Office procedures and have access to materials obtained by the Security Office during the course of investigations into inmate complaints.

4.     During the course of the investigation conducted at SCI Frackville into Plaintiff's allegations of being assaulted on July 28, 2014, video footage from the Restricted Housing Unit and hand-held video camera were reviewed.

5.     At the request of counsel for the Defendant in the above-captioned case, copies of the videos reviewed in this case were provided to counsel.

6.     A true and correct copy of the videos from the July 28, 2014, incident are attached to this declaration as Attachment A.


Captain Robert Reese
Department of Corrections
SCI Frackville

**Date:**  8/28/2019____

# EXHIBIT 1

## ATTACHMENT A
## VIDEO TO BE HAND DELIVERED
## TO CLERK'S OFFICE