# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY L. MUTSCHLER, | : | No. 3:16-CV-0327 |
| Plaintiff | : | |
| | : | Judge Matthew W. Brann |
| v. | : | |
| C.O. CORBY, | : | |
| Defendant | : | Electronically Filed |

### UNSWORN DECLARATION OF KAREN HOLLY

I, Karen Holly, Corrections Health Care Administrator at SCI-Frackville, hereby declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the following facts are true and correct based upon my personal knowledge.

1. I am currently employed by the Department of Corrections as a Corrections Health Care Administrator at SCI-Frackville, where I have been employed since September of 1999.

2. I am a custodian of the medical records at SCI-Frackville.

3. As such, I am able to certify the medical records at SCI-Frackville.

4. The medical records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by a person with knowledge of those matters.

5. The medical records were kept in the regular course of business at SCI-Frackville.

6. The medical records were made as a regular practice.

7. I have reviewed the attached record of medical care administered to inmate Tony Mutschler, FK9033 on July 28, 2014. I can certify from my personal inspection of his file that this record is a true and correct copy of the record from the file we maintain regarding Mr. Mutschler.

DATE: 8/14/19

Karen Holly
~~Medical Record Specialist~~ CHCA
SCI-Frackville

# MEDICAL INCIDENT/INJURY REPORT

**PERSON INVOLVED** (Last Name) Mutschler (First Name) Tony (Middle Initial)
Male: ☒  Female: ☐  Age: 45

**Reported to Dispensary:** RHU
Date: 07-28-14 PM
Time: 1857 PM

**Date of Incident:** 07-28-14
**Time of Incident:** 1847 P.M.
**Exact Location of Incident:** RHU Shower

**INMATE** ☒  Facility No.: FK9033  Housing Unit: RHU  Work Related: Yes ☐ No ☒

**EMPLOYEE** ☐ Department / Supervisor / Job Title
**VISITOR** ☐ Home Address / Home Phone
**OTHER** ☐ Occupation / Reason for Presence at this Facility

Property Involved: ☐  Equipment Involved: ☐  Describe:
Was person authorized to be at location of incident: ☒ Yes  ☐ No

**1. Description of Illness/Injury**

Called to RHU that Inmate fell in Shower.

(Continue On Reverse)

Was Physician Notified? DR Harewood (Attempted) ☒ Yes ☐ No
Was Family Notified? Yes ☐ No ☒
Was Person Involved Seen by a Physician? ☐ Yes ☒ No
Was Person Involved Taken To A Hospital? Yes ☐ No ☒

**2. Initial Impression Illness/Injury**

Upon arriving to RHU inmate laying in shower. Assisted up by CO's. Inmate ambulating without difficulty noted to medical triage room in RHU. Inmate AxOx3. Vitals stable. Pupils PERRLA. Lungs clear. Speech clear. Inmate states, "I fell in the shower because of these assholes!" "I hit my head!" Approx. 2.5cm x 2cm Abrasion noted to Left frontal lobe. No hematoma.

**TYPE OF INJURY**
1. Laceration ☐
2. Hematoma ☐
3. Abrasion ☒
4. Burn ☐
5. Non Apparent ☒
6. Other ☒ Specify: Fall

**3. Treatment Rendered:** Vitals taken, Assessed, Educated on Signs + Symptoms of concussion. Verbalized well understanding. Ice given for above symptom.

**Follow-Up:** Sick Call in AM

**Date of Report:** 07/28/14
**Signature & Title of Person Preparing Report:** Joshua Lech, RN
**Reviewing Authority:**

DC-457  Commonwealth of Pennsylvania  Department of Corrections  MEDICAL INCIDENT/INJURY REPORT
Revised 10/99

DISPOSITION AFTER TREATMENT

1. Return to Block
2. Place in RHU ✓
3. Admit to Infirmary
4. Admit to Community Hospital
5. Return to work
6. Refer to Physician Line
7. Refer to Family Physician _____ (Employee)
8. Refer to Community Hospital

DISTRIBUTION:

Original:   Medical File

Copies:    Facility Manager ✓
           Deputy for Facilities Management
           Deputy for Centralized Services
           Major(s) ✓
           Security Officer
           Other

CONTINUED FROM REVERSE: (Items 1 through 3) (Indicate Item).

2. No other injury noted to head. Inmate denies injury to other parts of body. Inmate states I have a headache. Neuro assessment within normal limits. Inmate able to ambulate without difficulty noted. Inmate states, "I have nerve damage and I twitch and shake a lot."    —— Joshua Lech, RN

| Inmate Name: | | Inmate Number: |
|---|---|---|
| Date/Time | Discipline Abbreviation | Remarks<br>**S**ubjective, **O**bjective, **A**ssessment, **P**lan |
| 7/28/19<br>13:30 | MSO | S: C/o feeling like im underwater. Denies ear pain, fever, chills. D/t hearing<br>O: NAD<br>TM ⊕ serous effusion. clear ī signs of infection<br>A: Serous otitis media<br>P: Afrin nasal spray,<br>CTM, F/U PRN<br>— Athms / Harewood, MSO |
| 7/28/19<br>1850 | NSG | Called to RHU that inmate fell in shower. Upon arriving in RHU, inmate laying in shower. Resp easy non labored. A+O x3. Inmate assisted to feet by CO's after determining inmate was stable. Inmate ambulated to RHU triage medical room ē difficulty noted. Vitals taken. BP 130/26, Pulse 82, Resp 16 even non labored, Pulse ox 98% RA. Pupils PERLA. Speech clear + lungs clear. Small abrasion noted to Left Frontal lobe, No hematoma noted. Inmate denies injuries to other parts of body. No other injuries noted upon assessment. States "I have headache." Neuro assessment completed and WNL. Inmate states, "I have nerve damage and I twitch and shake a lot." Also adds, "I fell in the shower because of these assholes and I hit my head." Educated on s/s of concussion. Verbalized all understanding. Added to sick call in AM for reassessment. — Joshua Lech, RN |

## Abrasion(s) & Superficial Laceration(s)     Nursing Evaluation Tool

**Date of Report:** 07/28/14     **Military Time Seen:** 1851

**Subjective:** **Chief Complaint:** ☒ Abrasion ☐ Laceration ☐ Scratch ☐ Other: _____

**Onset:** "I fell in the shower because of these assholes and I hit my head."

**Location of Injury:** Left frontal lobe    **Other Injuries:** ☒ Denies other injury ☐ _____

**History:** Psych
(Continue on back if necessary)

**Injury sustained in altercation with custody staff, or other inmate:** ☒ NO  ☐ YES (Requires notification of correctional staff)

*Tetanus Toxoid Within 10 years: ☐ YES  ☐ NO 8-19-10

**Objective:** **Vital Signs:** (If Indicated) T: ____ P: 82 RR: 16 B/P: 130/76

**Wound Description:** ☒ Uncomplicated- Clean without foreign body or signs of infection.
☐ Uncomplicated- Superficial debris, dirt, or crusting requiring wound cleansing.
☒ Other: Reddened

**Approximate Size of Wound:** 2.5 cm x 2     **Approximate Depth of Wound:** ☒ Superficial ☐ Other: ____

**Additional Findings**
- Active bleeding: ☒ NO ☐ YES (If Yes, Describe): _____
- Imbedded foreign body: ☒ NO ☐ YES (If Yes, Describe): _____
- Redness/Swelling/Streaking: ☐ NO ☒ YES (If Yes, Describe): Slight to left frontal lobe
- Additional Examination: A+O x3, R/t abrasion -
(Continue on back if necessary)

**Assessment:** (Referral Status)     **Preliminary Determination(s):** _____

☐ Referral **Not Required.**

☒ Referral **Required** due to the following: (Check all that apply)
- ☐ Wound/injury more than superficial
- ☐ Wound near or involving eye/mouth/perineum
- ☐ Signs/Symptoms of infection
- ☐ Requires foreign material removal ☐ Recurrent Complaint (More than 2 visits)
- ☐ Exchanges of body fluids (Describe): _____
- ☒ Other (Describe): Fall

**Comment:** You should contact a physician, physician extender and/or a nursing supervisor if you have any concerns about the status of the patient.

**Plan:** For superficial scratches, abrasions and cuts cleanse with soap and water and gently wash away any dirt or superficial debris.
**Check All That Apply:** ☐ Dirt/Superficial debris removed ☐ Wound cleansed ☐ Topical ointment ☐ Dressing and Bandage ☐ Band-Aid ☐ Steri-strips ☒ Education on wound care. ☒ Instructions to return if condition worsens.
☒ Instructions to return if condition worsens or does not improve
☒ Education: The patient demonstrates an understanding of the nature of their medical condition.
☐ Obtain order for Tetanus Toxoid >10years ☐ Other: _____
(Describe)

**Referral:** ☐ NO ☒ YES (If Yes, Whom/Where): Sick call in AM    **Date for referral:** 07/29/14

**Referral Type:** ☐ Routine ☐ Urgent ☒ Emergent (if emergent who was contacted?): _____ Time _____

X _____ Nurse Signature     Name: Joshua Lech, RN (Printed)

Nursing Evaluation Tool: Abrasion(s) & Superficial Laceration(s)
Commonwealth of Pennsylvania
Department of Corrections
DC-586C
Revised 11/2007

**Inmate Name:** Mutschler, Tony
**Inmate Number:** FK 9033
**DOB:** [redacted]
**Facility:** SCI FRA