## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY L. MUTSCHLER, | | No. 3:16-CV-00327 |
| Plaintiff, | | (Judge Brann) |
| v. | | |
| C.O. CORBY, | | |
| Defendant. | | |

### ORDER

### JUNE 5, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Defendant's motion to strike Plaintiff's motion for summary judgment, Doc. 69, is **GRANTED**;

2.  Plaintiff's motion for summary judgment, Doc. 68, shall be **STRICKEN** from the docket;

3.  Defendant's motion for summary judgment, Doc. 61, is **GRANTED**;

4.  The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant and as against Plaintiff on all claims; and

5.  The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge